**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7834**

---

IN RE:  LARRY LAMONT COLLINS,


                                                    Petitioner.

---

On Petition for Writ of Mandamus.
(CR-00-50)

---

Submitted:  March 24, 2005          Decided:  March 30, 2005

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Larry Lamont Collins, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Lamont Collins filed a petition for writ of mandamus alleging delay in the district court's ruling on motions for transcripts and other trial documents. Collins filed his mandamus petition on November 15, 2004, and amended it on January 18, 2005. The district court ruled on the pending motions on February 2, 2005, thus rendering this mandamus petition moot. Therefore, although we grant Collins's motion to proceed in forma pauperis, we deny the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED